**STATE of Missouri, Respondent,**

v.

**Michael K. GUYON, Appellant.**

**No. 49255.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 11, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 5, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Caterina Ditraglia, St. Louis, for appellant.

Kathy Lee Priebe, St. Louis, for respondent.

## ORDER

PER CURIAM.

Defendant, Michael K. Guyon, appeals his conviction of third degree sexual abuse, a misdemeanor. He was sentenced to thirty days in a medium security institution. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).